\*\*E-filed 1/24/06\*\*

1  DILLINGHAM & MURPHY, LLP
   PATRICK J. HAGAN (SBN. 68264)
2  EDWARD E. HARTLEY (SBN122892)
   225 Bush Street, 6th Floor
3  San Francisco, California 94104-4207
   Telephone:  (415) 397-2700
4  Facsimile:   (415) 397-3300

5  Attorneys for Rantec Power Systems Inc.,
   now known as ETS Lindgren, LP
6

7  ROBINS, KAPLAN, MILLER & CIRESI LLP
   SCOTT G. JOHNSON (SBN. 153735)
8  2800 LaSalle Plaza, 800 LaSalle Avenue
   Minneapolis, Minnesota 55402-2015
9  Telephone:  (612) 349-8500
   Facsimile:   (612) 339-4181
10

11 Attorneys for Factory Mutual Insurance
   Company and FM Global Technologies

12

13                UNITED STATES DISTRICT COURT

14       NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

15

| LOCKHEED MARTIN CORPORATION, | **CONSOLIDATED** |
|---|---|
| Plaintiff, | Case Nos. CV-00-20002 (JF)<br>C-03-CV-04617 (JF) |
| v. | **STIPULATION TO CONTINUE HEARING DATE ON MOTION FOR SUMMARY JUDGMENT** |
| RFI SUPPLY, INC., formerly known as RFI COMMUNICATIONS & SECURITY SYSTEMS, et al., | Judge:    Hon. Jeremy Fogel |
| Defendants. | Complaint Filed:   December 20, 1999 |
| | Trial Date:   TBA |

Page 1:  Stipulation to Continue Pre-Trial Discovery Dates
         Case No. 00-CV-20002 JF
MP3 20148460.1

1    WHEREAS, Plaintiff and Counter-Defendant Factory Mutual Global
2 Technologies ("FMGT") and Factory Mutual Insurance Company ("FMIC") have
3 filed a motion for summary judgment, or in the alternative, partial summary
4 judgment, and, after conferring with the Court, set a hearing date of Friday, February
5 10, 2006;

6    WHEREAS, counsel for ETS Lindgren, LP, formerly known as Rantec Power
7 Systems, Inc. ("Rantec") have advised counsel for FMGT and FMIC of scheduling
8 conflicts during February, including one on February 10, and sought concurrence to
9 continue the hearing on the summary judgment motion to Friday, March 3;

10    WHEREAS, counsel for Rantec has communicated with the Court and has
11 been informed that the Court can accommodate having the summary judgment heard
12 on Friday, March 3;

13    THEREFORE, IT IS HEREBY STIPULATED by and between the parties that
14 FMGT and FMIC's motion for summary judgment will be heard on Friday, March 3,
15 2006 at 9:00 a.m. in Courtroom No. 3.

Dated: January 10, 2006         DILLINGHAM & MURPHY, LLP

                                By:      /s/
                                    _____
                                    Patrick J. Hagan
                                    Attorneys for Defendant Rantec Power
                                    Systems Inc.


Dated: January 10, 2006         ROBINS, KAPLAN, MILLER & CIRESI LLP

                                By:      /s/
                                    _____
                                    SCOTT G. JOHNSON
                                    Attorneys for Third-Party Defendants Factory
                                    Mutual Insurance Company and Factory
                                    Mutual Global Technologies

1  **IT IS SO ORDERED.**

3  Dated:  1/24/06

_____
HONORABLE JEREMY FOGEL
United States District Judge

Page 3:  Stipulation to Continue Pre-Trial Discovery Dates
         Case No. 00-CV-20002 JF
MP3 20148460.1