**E-filed 12/12/06**

1  DILLINGHAM & MURPHY, LLP
   PATRICK J. HAGAN (SBN. 68264)
2  EDWARD E. HARTLEY (SBN122892)
   225 Bush Street, 6th Floor
3  San Francisco, California 94104-4207
   Telephone:  (415) 397-2700
4  Facsimile:   (415) 397-3300

5  Attorneys for ETS-Lindgren L.P., successor in interest to
   Rantec Power Systems Inc.,
6

7  ROBINS, KAPLAN, MILLER & CIRESI LLP
   SCOTT G. JOHNSON (SBN. 153735)
8  2800 LaSalle Plaza, 800 LaSalle Avenue
   Minneapolis, Minnesota 55402-2015
9  Telephone:  (612) 349-8500
   Facsimile:   (612) 339-4181
10

11 Attorneys for Factory Mutual Insurance
   Company and FM Global Technologies LLC

12

13                  UNITED STATES DISTRICT COURT

14         NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

15

| LOCKHEED MARTIN CORPORATION, | **CONSOLIDATED** |
|---|---|
| Plaintiff, | Case Nos. CV-00-20002 (JF) |
|  | C-03-CV-04617 (JF) |
| v. |  |
|  | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| RFI SUPPLY, INC., formerly known as RFI COMMUNICATIONS & SECURITY SYSTEMS, et al., | [Fed. R. Civ. P. 41(a)(1), (c)] |
| Defendants. |  |

   The parties hereto, ETS-Lindgren L.P., successor in interest to Rantec Power Systems, Inc., Factory Mutual Insurance Company, and FM Global Technologies LLC, hereby stipulate that all claims, counterclaims, cross-claims, and third-party claims between or among the parties in the above-captioned

consolidated actions shall be voluntarily dismissed with prejudice pursuant to Rules 41(a)(1) and 41(c) of the Federal Rules of Civil Procedure, with each party bearing its respective costs and attorney's fees.

Dated: December 7, 2006        DILLINGHAM & MURPHY, LLP

By: _____/s/_____
EDWARD E. HARTLEY
Attorneys for ETS-Lindgren L.P. successor in interest to Rantec Power Systems Inc.

Dated: December 7, 2006        ROBINS, KAPLAN, MILLER & CIRESI LLP

By: _____/s/_____
SCOTT G. JOHNSON
Attorneys for Factory Mutual Insurance Company and FM Global Technologies LLC

**IT IS SO ORDERED.**

Dated: _____12/11/06_____

_____
HONORABLE JEREMY FOGEL
United States District Judge

Page 2: Stipulation for Dismissal with Prejudice, Case Nos. 00-CV-20002 (JF) and C-03-CV-04617 (JF)

MP3 20203707.1